UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

v.

Case No: 6:15-cv-1437-Orl-41TBS

ERIC KESSOUS, FNU KESSOUS, RONIT KESSOUS, BANK OF AMERICA NATIONAL ASSOCIATION, PEMBROOKE HOMEOWNERS ASSOCIATION, INC., JOHN DOE and JANE DOE,

    Defendants.

## ORDER

Plaintiff's Motion to Remand and for Fees and Costs (Doc. 4) is **DENIED without prejudice** because counsel has not demonstrated compliance with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on September 21, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties