Charles Gufford, Fla. Bar # 604615
McCalla Raymer, LLC.
Orlando, FL 32801
MRService@mccallaraymer.com
(407) 674-1850
Attorney for Plaintiff Deutsche Bank National Trust Company

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2007-A <br><br> Plaintiff/Respondent <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and LAKELAND REGIONAL MTG CORP. <br><br> Cross Defendants/Respondents <br><br> v. <br><br> ERIC KESSOUS, <br><br> Defendant, | Case No.: 6:15-cv-1437-Orl-41TBS <br><br><br> **PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME** |

1

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2007-A (hereinafter, "Plaintiff") by and through his undersigned counsel, moves this Court for an order extending time within which the parties may file their Case Management Report. In support of this Motion, Plaintiff hereby states:

1. Pursuant to Court Order Directing Compliance with the Filing of a Case Management Report, entered by this honorable Court on or about December 9, 2015, the Parties were to meet in-person and prepare a Case Management Report pursuant to the Local Rules of the Middle District of Florida, Rule 3.05. The same was due on or before December 23, 2015.

2. The parties have been in direct contact, and have attempted to schedule a date to meet to comply with the Court Order. Due to the travel schedule of Defendant, as well as the approaching holidays, an in-person meeting has not been possible despite the parties' best efforts.

3. No party will be prejudiced by the brief extension requested, and all parties agree to this extension.

**RULE 3.01(g) CERTIFICATION**

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with the Defendant, Eric Kessous, and is authorized to represent that Defendant is in agreement to the relief requested in this Motion.

## MEMORANDUM OF LAW IN SUPPORT

As good cause has been shown for the extension of time requested herein, the time for the parties to file their Case Management Report should be extended until on or before January 10, 2016. See Fed.R.Civ.P 6(b).

RESPECTFULLY SUBMITTED this 23 of December, 2015.

By: _____
Charles Gufford
Fla. Bar No.: 604615
McCalla Raymer, LLC.
Attorney for Plaintiff
225 E. Robinson St. Suite 660
Orlando, FL 32801
Phone: (407) 674-1850
Fax: (321) 248-0420
Email: MRService@mccallaraymer.com

I hereby certify that on ___12___ ___23___, 2015 I electronically transmitted this document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants

Albert R. Cook, Esq.
1211 State Road 436
Suite 127
Casselberry, FL 32707
arcpa@mpinet.net

Eric Kessous
2611 Tilton Ct.
Orlando, Florida 32835

Ronit Kessous
882 Placid Lake Drive
Osprey, FL 34229

Unknown Spouse of Eric Kessous
2611 Tilton Court
Orlando, FL 32835-6153

Bank of America, National Association
16686 S.W. 88th Street
Miami, FL 33196

Charles Gufford
McCalla Raymer, LLC
225 E. Robinson St. Suite 660
Orlando, FL 32801
Email: MRservice@mcallaraymer.com

4